```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  SANDRA R. BROWN                              ORIGINAL
    Assistant United States Attorney
 3  Chief, Tax Division
    EVAN J. DAVIS (CA Bar No. 250484)
 4  Assistant United States Attorney
      Room 7211, Federal Building
 5    300 N. Los Angeles Street
      Los Angeles, California  90012
 6    Telephone:  (213) 894-4850
      Facsimile:  (213) 894-0115
 7
    GRAYSON A. HOFFMAN (VA Bar No. 73726)
 8  Trial Attorney, Tax Division
    U.S. Department of Justice
 9    Post Office Box 7238
      Ben Franklin Station
10    Washington, D.C. 20044
      Telephone:  (202) 616-2904
11    Facsimile:  (202) 514-6770
```

[LODGED stamp: CLERK, U.S. DISTRICT COURT  MAR -6 2008  5:00  CENTRAL DISTRICT OF CALIFORNIA  BY    DEPUTY]

Attorneys for the United States of America,
Petitioner

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV08-01629 PA (JWJx) |
| Petitioner, | [~~PROPOSED~~] ORDER TO SHOW CAUSE |
| v. | NOTE CHANGES MADE BY THE COURT |
| DAVID CHAMPION, | |
| Respondent. | |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service summons. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248 (1964); *see also*, Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d

1  117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case
2  is typically made through the sworn declaration of the IRS agent
3  who issued the summons); *accord*, United States v. Gilleran,
4  992 F.2d 232, 233 (9th Cir. 1993).
5      Therefore, **IT IS ORDERED** that Respondent appear before this
6  District Court of the United States for the Central District of
7  California, in Courtroom No. _15_,

8  [✓] United States Courthouse
    312 North Spring Street, Los Angeles, California, 90012

10 [ ] Roybal Federal Building and United States Courthouse
11     255 E. Temple Street, Los Angeles, California, 90012

12 [ ] Ronald Reagan Federal Building and United States Courthouse
13     411 West Fourth Street, Santa Ana, California, 92701

14 [ ] Brown Federal Building and United States Courthouse
15     3470 Twelfth Street, Riverside, California, 92501

16 [ ] _____
17     _____

18 on _April 28_, 2008, at _1:30_ p.m.,
19 and show cause why the testimony and production of books, papers,
20 records, and other data demanded in the subject Internal Revenue
21 Service summons, but not pertaining to Respondent's radio show,
22 www.americanradioshow.us, should not be compelled.
23     **IT IS FURTHER ORDERED** that copies of this Order, the
24 Petition, Memorandum of Points and Authorities, and accompanying
25 Declaration be served promptly upon Respondent by any person
26 authorized pursuant to Federal Rule of Civil Procedure 4(c)(2),
27 in accordance with the service provisions of Rule 4 of the
28 Federal Rules of Civil Procedure.

1844355.1

1  **IT IS FURTHER ORDERED** that within ~~ten~~ *fourteen (14)* days ~~after service on~~
2  *hearing* ~~Respondent of the herein-described document~~s, Respondent shall
3  file and serve a written response, supported by appropriate sworn
4  statements, as well as any desired motions.  If, prior to the
5  appearance date set by this Order, Respondent files a response with
6  the Court stating that Respondent does not desire to oppose the
7  relief sought in the Petition, nor wish to make an appearance,
8  then the appearance of Respondent at any hearing pursuant to this
9  Order to Show Cause is excused, and Respondent shall be deemed to
10 have complied with the requirements of this Order.

1844355.1

1  **IT IS FURTHER ORDERED** that all motions and issues raised by
2  the pleadings will be considered on the appearance date set by this
3  Order.  Only those issues raised by motion or brought into
4  controversy by the responsive pleadings and supported by sworn
5  statements filed within ten days after service of the herein-
6  described documents will be considered by the Court.  All
7  allegations in the Petition not contested by such responsive
8  pleadings or by sworn statements will be deemed admitted.

11 SO ORDERED: This __18th__ day of __March__, 2008.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

   Presented by:

   THOMAS P. O'BRIEN
   United States Attorney
   SANDRA R. BROWN
   Assistant United States Attorney
   Chief, Tax Division
   EVAN J. DAVIS
   Assistant United States Attorney

   _____
   GRAYSON A. HOFFMAN
   Trial Attorney, Tax Division
   Attorneys for the United States of America, Petitioner

1844355.1