THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
EVAN J. DAVIS (CA Bar No. 250484)
Assistant United States Attorney
   Room 7211, Federal Building
   300 N. Los Angeles Street
   Los Angeles, California  90012
   Telephone:  (213) 894-4850
   Facsimile:  (213) 894-0115

GRAYSON A. HOFFMAN (VA Bar No. 73726)
Trial Attorney, Tax Division
U.S. Department of Justice
   Post Office Box 7238
   Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 616-2904
   Facsimile: (202) 514-6770

Attorneys for the United States of America,
Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV08-01629-PA-(JWJx) |
|     Petitioner, | **ORDER TO COMPLY WITH IRS SUMMONS** |
|     v. | |
| DAVID CHAMPION, | |
|     Respondent. | |

    Having failed to show cause why he should not be compelled to give testimony and to produce the books, records, papers, and other data as required by the subject Internal Revenue Service (IRS) summons, David Champion is ORDERED by this Court to appear before an authorized representative of the IRS, at a time and place to be determined by the parties, but not later than May 31, 2008, to give testimony and to produce the books, records, papers, and other data pertaining to the subjects set forth in

1  the summons, but not directly relating to Respondent's radio
2  show, www.americanradioshow.us, for examination and copying as
3  required by the Internal Revenue Service summons.
4
5
6  SO ORDERED: This 30th day of April 2008.
7
8                                    _____
9                                    PERCY ANDERSON
                                     UNITED STATES DISTRICT JUDGE
10
11
        Presented by:
12
13      THOMAS P. O'BRIEN
        United States Attorney
14      SANDRA R. BROWN
        Assistant United States Attorney
15      Chief, Tax Division
        EVAN J. DAVIS
16      Assistant United States Attorney
17
18
        /s/ Grayson A. Hoffman
19      GRAYSON A. HOFFMAN
        Trial Attorney, Tax Division
20      Attorneys for the United States of America, Petitioner
21
22
23
24
25
26
27
28

3220056.1

1  THOMAS P. O'BRIEN
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   EVAN J. DAVIS (CA Bar No. 250484)
4  Assistant United States Attorney
        Room 7211, Federal Building
5       300 N. Los Angeles Street
        Los Angeles, California  90012
6       Telephone:  (213) 894-4850
        Facsimile:  (213) 894-0115
7
   GRAYSON A. HOFFMAN (VA Bar No. 73726)
8  Trial Attorney, Tax Division
   U.S. Department of Justice
9       Post Office Box 7238
        Ben Franklin Station
10      Washington, D.C. 20044
        Telephone: (202) 616-2904
11      Facsimile: (202) 514-6770

12 Attorneys for the United States of America,
   Petitioner
13
                    UNITED STATES DISTRICT COURT
14                  CENTRAL DISTRICT OF CALIFORNIA

15 UNITED STATES OF AMERICA,       ) Case No. CV08-01629-PA-(JWJx)
                                   )
16          Petitioner,            ) **ORDER TO COMPLY WITH IRS**
                                   ) **SUMMONS**
17     v.                          )
                                   )
18 DAVID CHAMPION,                 )
                                   )
19          Respondent.            )
                                   )
20
       Having failed to show cause why he should not be compelled
21
   to give testimony and to produce the books, records, papers, and
22
   other data as required by the subject Internal Revenue Service
23
   (IRS) summons, David Champion is ORDERED by this Court to appear
24
   before an authorized representative of the IRS, at a time and
25
   place to be determined by the parties, but not later than May 31,
26
   2008, to give testimony and to produce the books, records,
27
   papers, and other data pertaining to the subjects set forth in
28

1 | the summons, but not directly relating to Respondent's radio
2 | show, www.americanradioshow.us, for examination and copying as
3 | required by the Internal Revenue Service summons.
4 |
5 |
6 | SO ORDERED: This 30th day of April 2008.
7 |
8 |
9 | _____
   | PERCY ANDERSON
   | UNITED STATES DISTRICT JUDGE
10 |
11 |
12 |      Presented by:
13 |
     | THOMAS P. O'BRIEN
     | United States Attorney
14 | SANDRA R. BROWN
     | Assistant United States Attorney
15 | Chief, Tax Division
     | EVAN J. DAVIS
16 | Assistant United States Attorney
17 |
18 |
     | /s/ Grayson A. Hoffman
19 | GRAYSON A. HOFFMAN
     | Trial Attorney, Tax Division
20 | Attorneys for the United States of America, Petitioner

3220056.1