

RECEIVED BUT NOT FILED

APR 24 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Dave Champion
1031 W. Ave. M14, Suite A
Palmdale, CA 93551
(661) 210-5733

FILED
CLERK, U.S. DISTRICT COURT

APR 25 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

United States District Court

Central District of California

United States of America,

    Petitioner,

    v.

David Champion,

    Aggrieved Party

)
)
)
)
)
)
)
)
)
)
)

Case No.: Case 2:08-cv-01629-PA-JWJ

Motion To Dismiss Due to Invalid Service

Hearing Date: April 28, 2008
Time: 1:30PM
Courtroom: 15
Before the Honorable Perry Anderson

     Now comes the Aggrieved Party, David Champion, in his personal capacity and without counsel, for the purpose of the Hearing set for April 28, 208, in courtroom 15, before the Honorable Judge Perry Anderson, seeking dismissal of the action based on invalid service.

     On March 19, 2008 this honorable Court order the United States to "promptly" service the Complain in accordance with Fed. R. Civ. P. 4…. The government chose not to serve the Complaint "promptly" as order, but instead chose not to serve me until April 3, 2008; 11 days after the Court's order.

     In the documents I received attached to the Order To Show Cause it states that any response I would wish to file must be filed within 14 days of the hearing, which is dated April 28, 2008. That makes the filing deadline April 14th.

     By serving me on April 3rd, the government left me 5 business days until the deadline to file my response and/or secure competent counsel. That means that I would have had to conceptualize, draft, finalize, print, and have filed my response in 5 days; and I am a private citizen, not a lawyer! That is patently unreasonable

and I'm confident that such was not the Court's intention when it ordered the government to serve me "promptly". It is all the more unreasonable when not only would I (as a non-legal professional) need to submit a response in five (5) days, but five (5) days is likely not even sufficient time to acquire competent counsel.

I respectfully remind this honorable Court that the government has had two (2) years to act in this matter, while apparently deciding that five (5) days is adequate for me to prepare a responsible response.

Further, while Mr. Hoffman [trail attorney of record for the government in this matter] is paid to spend his professional time structuring legal arguments, motions, filings, etc., I am not. As a private citizen I must continue to feed, shelter, and clothe myself and create my answer to an action such as this in the time that is left. Pursuant to that end, immediately after April 3rd I had prior commitments that necessitated me being out of California for 7 days. This made it impossible to meet the time limit stated in the Order To Show Cause.

I had a friend who is a state court attorney do me the favor of calling Mr. Hoffman, as a courtesy to this honorable Court, and request that the government re-set the hearing date to provide a fair and reasonable time for me to respond and/or acquire competent counsel in this matter. Mr. Hoffman declined stating that there is no requirement for me to be served by a date that would provide me reasonable or adequate time, or any time at all, to respond to the Complaint or obtain competent counsel.

Therefore, the undersigned respectfully prays that the Court dismiss this action on the basis of invalid service.

1031 W. Ave. M14,
Suite A
Palmdale, CA 93551
Dave Champion

1  Dave Champion
   1031 W. Ave. M14, Suite A
2  Palmdale, CA 93551
   (661) 210-5733
3

4                    United States District Court

5                    Central District of California

6

7                                    )  Case No.: Case 2V08-01629-PA-JWJx
                                      )
8  United States of America,          )  Motion To Dismiss For Want of
                                      )  Jurisdiction in the form of a Special
9            Petitioner,              )  Appearance
                                      )
10           v.                        )  Hearing Date: April 28, 2008
                                      )  Time: 1:30PM
11 David Champion,                     )  Courtroom: 15
                                      )  Before the Honorable Percy Anderson
12           Aggrieved Party          )
                                      )
13 ─────────────────────────────────

14        Now comes the Aggrieved Party, David Champion, in his personal capacity

15 and without counsel, for the purpose of the Hearing set for April 28, 208, in

16 courtroom 15, before the Honorable Judge Perry Anderson, seeking remedy for

17 actions committed and/or omitted by the United States of America in its Petition

18 for Enforcement of Summons, which constitutes an impermissible assault upon the

19 Rights of the Aggrieved Party and an affront to the dignity and integrity of this

20 honorable Court.

21        The crux of this opposition to jurisdiction is simple.  First, and quite

22 importantly, the government has failed to meet its burden of setting forth clearly

23 and succinctly the statute, ordinance, case law, administrative regulation, or other

24 law against which the alleged "facts" in Mr. Cheung's declaration must be

25 measured to determine whether jurisdiction lies as to the undersigned.  Simply

26 stated, it is the government's burden to demonstrate that this Court has jurisdiction

27 in this matter under some law, and that the undersigned is an individual who falls

28 into a class of person subject to that law. Absent such a showing, this case must be

                                    -1-

dismissed under Federal Rules of Civil Procedure, Rule 12(h)(3) which states that: "If the court determines at any time that it lacks subject matter jurisdiction, the court must dismiss the action."

Just as importantly, the government has failed to offer any evidence in support of its purported prima facie showing in its petition to enforce the summons in this matter. Despite Thomas Cheung and Helen Tran having conducted a recorded and sworn interview of the undersigned for three hours in 2006, the government has failed to include a single quote from that interview in support of its petition. Frankly, that would make the undersigned the first individual in the history of this land to speak to an IRS agent for three hours and not offer a single incriminating quote, which is astounding. There is an absolute certainty that, if the undersigned had said anything incriminating or that would subject him to the jurisdiction of the IRS, that Mr. Cheung would have included such evidence in his declaration, verbatim, in quotation marks. The absence of any such evidence presented by Mr. Cheung dispositively establishes that none exists. Mr. Cheung's declaration merely states inadmissible legal conclusions that cannot, by any honest assessment, constitute a prima facie showing of anything.

Similarly, Mr. Cheung has made reference to my radio show and website. Hundreds of hours of my radio show are available online. Mr. Chueng, however, has failed to render a single quote in his declaration from my radio show or from my website in his declaration which, again, supports the conclusion that there is nothing incriminating to be quoted therefrom. It is a principal of law that a party who could have brought better evidence but failed to do so did not have better evidence in the first place. The undersigned respectfully requests that the Court bear this principal in mind in reviewing the government's petition.

Such a review by the Court should lead to the conclusion that the following defenses apply in this matter under Rule 12(b):  1) lack of subject-matter

jurisdiction; 2) lack of personal jurisdiction; 4) insufficient process, 5) insufficient service of process, and 6) failure to state a claim upon which relief can be granted.

### Representing Self

I am representing myself in this matter due to the government's disregard for this honorable Court's orders regarding service of the Petition upon me. This honorable Court ordered the government to affect service "prompty" after March 19, 2008. With total disregard for this Court's order, the government did not affect service on me until April 3, 2008. Between April 3rd and the time I have been able to begin to write this Motion (April 16th), I have of necessity been out of town seven (7) days. The government has left me in a position of having only 7 business days to acquire counsel. I have not been able to acquire counsel in that short period.

As I am representing myself, I ask the Court to indulge the differences and distinctions that may come with being forced to defend myself, as opposed to having professionally trained counsel doing so. I ask the Court to take note that as I am not a formally trained legal professional so it will take me longer (more pages) to characterize my position than it might a seasoned member of the BAR. Additionally, my language may not be as subtle or artful as that of a trained member of the BAR. Further, due to the terribly narrow time constraints under which I must operate due the government's failure to follow this honorable Court's order regarding service, I have neither the skill nor the time to research citations in support of the positions I put forth. I will attempt to mitigate this last concern by relying on legal doctrines that are so well established that no citation should be required. And lastly, my submission to the Court may not be formatted or laid out as would that of a seasoned attorney who understands the proper protocols for practicing before this honorable Court.

I also ask this honorable Court to waive the part of its Standing Order which states that "Filings which do not conform to the Local Rules and this order will not

be considered." Because I have not been able to find counsel who wish to take up this matter I have been forced to do the work myself. I am not a trained BAR attorney. I have neither the assets nor the training to do the job in the time frame in which a professional lawyer could respond. And lastly, the attorneys for IRS and DOJ are paid to do this for a living. I must continue to provide food, shelter and clothing for myself while working on this in the time that remains. That is a crushing handicap.

I pray this honorable Court will take into account the harsh burden that has been placed upon me by the government's failure to obey this honorable Court's order concerning service of the Petition, and will grant me the fullest latitude appropriate to these difficult and wholly unnecessary circumstances.

## Special Appearance

I make this appearance before this honorable Court in the form of a Special Appearance because to make a General Appearance (as I understand it) would signal my acquiescence to this honorable Court's jurisdiction in this matter. I do not so acquiesce for the reasons that will be stated shortly. By making a Special Appearance I am preserving and exercising my right to challenge this honorable Court's jurisdiction.

## Traversing the Facts

I have no desire to traverse the facts in the government's petition, thus flirting with a general appearance. However, within the scope of this Special Appearance it will be necessary for me to traverse the facts offered by the government in its Petition to the extent necessary to show that the government's representations are completely and demonstrably false and thus have not invoked the statutory jurisdiction granted this honorable Court by Congress.

## Jurisdiction Generally

It is a well-settled doctrine of law that a court's jurisdiction is invoked by the "Sufficiency of the Pleading". In the instant matter the government contends that

this honorable Court derives its subject matter jurisdiction from 26 USC §7402(b) and 7604(a).  I acknowledge that the government has artfully presented a prima facie case for this honorable Court to assume subject matter jurisdiction in this matter.  The problem is that not one single purported fact contained in the government's Pleading, that serve to establish the elements necessary to create the "sufficiency of the pleading" and invoke the subject matter jurisdiction of this honorable Court are remotely accurate or true.  Every one of the purported facts put forth as an element needed to establish this honorable Court's subject matter jurisdiction is false.

More pointedly, every false statement put forth by the government in its effort to establish jurisdiction were known to the government to be false at the time they were put forth to this honorable Court.  The government knows, or has every reason to know, that each of its averments intended to establish jurisdiction in this matter are completely false and without merit.  The government has knowingly, willfully, and intentionally committed fraud upon this honorable Court.  In plain speaking, they are attempting to sell this honorable Court a pack of lies. I am aware of the seriousness of such a charge and I am mindful not to make such a charge lightly as it would show disrespect for this honorable Court.  I believe that the evidence shouts out the conclusion that the government has intentionally, knowingly, and willfully committed fraud upon this honorable Court and I have every confidence that upon examination of the evidence this honorable Court will agree with this charge.

## Jurisdiction in the Instant Matter

In the instant matter the government contends that this honorable Court derives its subject matter jurisdiction from 26 USC §§ 7402(b) and 7604(a).  There is no statutory basis for subject matter jurisdiction under either of those two sections.

Sections 7402(b) and 7604(a) deal with enforcement of summons under the Internal Revenue laws of the United States and grants the United States District Courts jurisdiction in such cases, respectively.

The Treasury Department's power to summons the books and records (26 USC 7602) does not grant the Secretary of the Treasury the powers of a "General Warrant" in society at large. The power granted to the Secretary of the Treasury by Congress under its Constitutional power to tax cannot transcend its power of taxation. In short, there must be some reasonable and articulatable nexus to the Internal Revenue laws of the United States for the Secretary's power to summons books and records to be used lawfully and within Constitutional limits. This should be so plainly obvious as to require no further discourse.

Within the regulatory scheme of the internal revenue laws of the United States the Secretary's discretion to summons books and records is broad. However, without the regulatory scheme of the internal revenue laws of the United States the Secretary has no authority whatsoever to summons under §7602 or for any other tax related purpose. That is the pivotal question that I now place before this honorable Court. I will detail the false statements made to this honorable Court by the government in order to create the false impression that a nexus exists to the internal revenue laws of the United States, when in fact no such nexus exists.

## The Government's Investigatory Claim

The government contends that it has been conducting an investigation of me for potential violations of 26 USC §§ 6694, 6695, 6700 and/or 6701.

This honorable Court is certainly aware of the phrase "outcome based law" in which a court rules on a matter based on political expediencies and in doing so rejects both the facts and the law. Such rulings are plainly lawless. The investigative corollary to that is the "outcome based investigation"; an investigation in which inconvenient facts are rejected or not pursued and lies are put forth as facts while the law is manipulated in order to achieve a political

objective rather than serve the purposes for which the laws were created and which, when properly applied, render justice.

The most recent such "outcome based investigation" to gain national notoriety was the U.S. Army's shameful investigation into the death of U.S. Army Ranger Pat Tillman in which the Army willfully, knowingly, and intentionally falsely declared that Tillman died as a result of enemy fire when the official record proved that the Army knew Tillman had been killed by the "friendly fire" of his fellow Rangers in the 3rd Ranger Battalion; a unit with which I was formerly privileged to serve. The "investigation" the government alleges it has been conducting against me is exemplary of a Tillman-like "outcome based investigation", with the facts and law being sacrificed to a political agenda.

Approximately twenty six (26) months ago, I voluntarily met with IRS Revenue Agents Helen Tran and Thomas Chueng (and an unknown IRS Area Counsel) based on their expressed concerns that I might be violating §§ 6694, 6695, 6700 and/or 6701. I chose to voluntarily meet with Tran and Chueng because I knew that I had nothing whatsoever to do with the internal revenue laws of the United States, and thus could not possibly be in violation of §§ 6694, 6695, 6700 and/or 6701. I felt that as a law-abiding citizen I should assist the IRS in clearing up any misconceptions it might have had about any of my activities.

I met with the IRS for approximately three (3) hours. Before being sworn in I asked for and received their assurance that being sworn in did not indicate in any manner, or create any presumption, that I had any connection to the internal revenue laws of the United States. I stated that if being sworn in did contain such inference or presumption, I would decline to be sworn. Chueng, Tran, and Area Counsel agreed that there would be no such inference or presumption from the act of being sworn or providing testimony. I attended the meeting with a witness.

During the three (3) hour meeting the IRS plied me with endless questions about my personal life and my personal financial situation. The IRS's questions

were wholly irrelevant to the issue of a violation of §§ 6694, 6695, 6700 and/or 6701. I continually asked that we speak of the elements of the potential violations that were the alleged purpose of the meeting. Tran (who was the agent doing most of the questioning/talking) repeatedly stated that the IRS would not discuss anything with me concerning §§ 6694, 6695, 6700 and/or 6701! If the IRS had a sincere interest in potential violations of §§ 6694, 6695, 6700 and/or 6701 this would have been the perfect time to raise them with me. After all, such a violation would be civil in nature and therefore it is reasonable to resolve any such violation by discussion, moving to court action only if reasonable discussions fail to produce a suitable resolution. Despite this reality, the IRS officers present at the meeting (and Area Counsel) refused to discuss §§ 6694, 6695, 6700 and/or 6701 with me after requesting the meeting under that pretense.

Further, during said 3 hour meeting with the IRS, I stated plainly that if the IRS had any concerns that I was in violation of §§ 6694, 6695, 6700 and/or 6701 they should put their concerns in writing at their earliest opportunity and mail them to me. I told the IRS that I would then retain counsel to review the matter and I felt 100% certain that any concerns the IRS may have could be suitably resolved to the satisfaction of all parties. As I sit here writing this Motion I have yet to receive any indication from the IRS that it actually believes I am in violation of §§ 6694, 6695, 6700 and/or 6701.

Despite refusing to discuss any potential violations of §§ 6694, 6695, 6700 and/or 6701 with me during the meeting attended for precisely that purpose, and after declining my sincere invitation to resolve any concern the IRS may have had concerning §§ 6694, 6695, 6700 and/or 6701, they are before this honorable Court attempting to manipulate this Court using the same false pretense.

At this point the IRS's conduct begs the question, is the IRS credible in this matter? I will now address that question.

At page 2, line 11, of Revenue Agent Chueng's Declaration In Support Of Petition To Enforce Internal Revenue Service Summons, Chueng states, "…it appears that David Champion promotes an abusive scheme in which he frivolously claims that United States citizens do not need to pay federal income tax unless they voluntarily change themselves from 'nontaxpayers' to 'taxpayers'".

Let me begin by stating that if I were to make such a claim – which I have never done – it would indeed be frivolous and might arguably constitute the promotion of an abusive tax shelter.  In rebuttal to Chueng's absurd statement I have attached to this Motion fifty (50) declarations in which individuals who've had occasion to hear me speak on the income tax attest to the fact that I have never said such a thing, and in fact that I have said exactly the opposite.  (There would literally be hundreds of such declarations had the government not failed to obey this honorable Court's order concerning the timing of serving me.)

How can it be that so many people have heard me so clearly yet Chueng comes before this honorable Court promoting a blatant falsehood?  It is the same pretense that Tran and Chueng employed in their 3 hour meeting with me.  It matters not what the truth is, it only matters that Chueng says whatever will promote the IRS's politically driven agenda in this matter.

And I respectfully raise the fact before this honorable Court that once the trier-of-fact has determined that a witness has lied, the trier-of-fact is free to hold that all the witness's statements are lies.

Chueng also alleges in his declaration that I promote the position that "United States citizens do not have to pay federal income tax if they voluntarily change themselves from "nontaxpayers" to "taxpayers".  Where does Chueng get this nonsense!  I can only imagine that Chueng is attempting to create the picture by implication that I believe in some frivolous tax protestor argument such as the infamous "861 position".  Again, this is the IRS attempting to mislead the Court in the same exact manner as it attempted with me during my 3 hour meeting with

Tran and Chueng. At the outset of that meeting Tran began by stating that in the course of my activities I use the "861 position" to encourage taxpayers to…(fill in typical tax protestor gibberish). I waited until Tran was done with her ridiculous and fallacious statement and then told her and Chueng that nothing I do has anything remotely to do with silly [frivolous] tax protestor arguments such as the 861 position. Here we are two plus years later and Chueng is trotting out the same old false position, insinuated now by implication, that he already knows is 100% false – except this time he isn't attempting to trick me, but instead is attempting to mislead this honorable Court. As I mentioned at the outset of this Motion, it should be readily apparent that the IRS has nothing valid to offer in this matter so they have chosen to provide this honorable Court with nothing more than lies.

Chueng does tell the truth (amazingly) in one short part of his declaration. On page 2, line 8, Chueng states, "The purpose of the investigation also includes the determination of…whether there are other parties who are liable for federal taxes. As of the date of this declaration, I have not made any of the determinations referred to in the immediate preceding paragraph." Of course Chueng hasn't made any such determinations; Chueng has not one shred of evidence that any client of mine (if any) has the slightest nexus to internal revenue laws of the United States, which is of the course the core issue underlying this Motion to Dismiss.

A prudent man will consult the contract to determine what his duties or obligations are in a particular business situation that is the object of the contract. Likewise, a prudent man would have to consult the internal revenue laws of the United States to determine whether he is required to file a tax return or pay a tax contained within the internal revenue laws of the United States. If a man determines that he is liable for a tax contained within the internal revenue laws of the United States, then he plainly falls with the general definition of "taxpayer" found at 26 USC §7701(a)(14): "The term 'taxpayer' means any person subject to any internal revenue tax."

It should be equally apparent that if a man consults the internal revenue laws of the United States to determine whether or not he is required to file a return or pay a tax, and determines that Congress has not imposed any internal revenue tax upon a class of person that embraces him, or has otherwise been made liable, then he would be a "nontaxpayer", i.e. a person not subject to any internal revenue tax. Chueng attempts to mischaracterize this very simple, logical, lawful and common sense process as some illegal slight-of-hand. Again, the fraud upon the Court is abundant.

It should be noted that I do not involve myself in any way with anyone's determination as to whether Congress has or has not imposed the a tax upon him under the internal revenue laws of the United States or otherwise made him liable for a tax. That is not my place. It is beyond my purview. I have no legal right to do so. I do not do it.

When Chueng says in his Declaration that "David Champion promotes an abusive scheme in which he frivolously claims that United States citizens do not need to pay federal income tax unless they voluntarily change themselves from 'nontaxpayers' to 'taxpayers'", he is simply flat out lying. This can be verified by the numerous attached declarations.

Not only is Chueng's premise ridiculous – that I say U.S. citizens are immune from income tax by waving around a magic "nontaxpayer" wand – but I also do not "promote" anything except the belief that people should study the law and determine for themselves what their obligations are, or are not, in relationship to the internal revenue laws of the United States. Have we reached the time in America where suggesting that citizens educate themselves for the purpose of determining their legal obligations is restricted speech or is somehow magically transformed into a regulated or regulatable activity? Is it now within the regulatory reach of the Secretary of the Treasury to summons a citizen's private records (not involved in any regulated or regulatable activity) simply because said citizen

advocates that Americans educate themselves concerning their obligations, or lack therefore, under the internal revenue laws of the United States?

Here is a quote universally attributed to U.S. Supreme Court Justice Louis D. Brandeis:

"I live in Alexandria, Virginia. Near the Supreme Court chamber is a toll bridge across the Potomac. When in a rush I pay the dollar toll and get home early. However, I usually drive a free bridge outside the down- town section of the city, and cross the Potomac on a free bridge. The bridge was placed outside the downtown Washington D.C. area to serve a useful social service: getting drivers to drive the extra mile to help alleviate congestion during rush hour. If I went over the toll bridge and through the barrier without paying the toll, I would be committing tax evasion. If, however, I drive the extra mile and drive outside the city of Washington, I am using a legitimate, logical and suitable method of tax avoidance, and I am performing a useful social service by doing so. For my tax evasion, I should be punished. For my tax avoidance, I should be commended. The tragedy of life today is that so few people know that the free bridge even exists."

For the sake of simplicity I will use Justice Brandeis's toll bridge story as an analogy to help clarify the facts in the instant matter.

Some people have examined the internal revenue laws of the United States and determined that they are "not required to use the toll bridge". Their determination has nothing to do with me. In fact, their determination must be made before they ever speak with me. If a person contacts me and has not made a determination as to their obligations under U.S. tax law, I refuse to speak with them. If they tell me they have determined they are within a class of person upon whom Congress has imposed the income tax, or have otherwise been made liable, I

refuse to speak with them and suggest they contact a tax professional who is authorized to practice before the Internal Revenue Service.

Although some U.S. citizens have determined that they are not required to use the toll bridge, they are unsure of how to safely navigate to the free bridge. They come to me and ask for a map to the free bridge. They also ask what rules are operative for the free bridge. Is it passenger vehicles only? Can a 1-ton truck cross the free bridge? Are special tires requires? Is there a limit to the number of passengers in the car? Etc, etc. Because I do not wish to interfere in the legitimate revenues of the Toll Bridge Agency, I only sell the maps, guidelines, etc. to those who have already made a firm legal determination that they are not within a class of person required to use the toll bridge.

The Toll Bridge Agency does not like it when people determine that they are not required to use the toll bridge because such determinations reduce the Agency's revenues.

Some citizens have studied the toll bridge laws and have made their own legal determination that they are not within the class of person required to use the toll bridge. The Agency is not concerned with what the law requires or doesn't require; it is only concerned that revenues are not reduced and that all drivers must now be coerced into using the toll bridge by methods lawful or otherwise.

The Agency does not know which drivers have stopped using the toll bridge due to the drivers' legal determination that they are not within the required class of persons. Furthermore, without knowing the identities of the drivers who have made such a determination the Agency has <u>no knowledge whatsoever</u> as to whether those drivers are within the required class of person. The Agency decides to take the perspective that all drivers must use the toll bridge unless the Agency is consulted in advance and agrees that the driver is not within the required class of person. Because the Agency has made the political decision that there can be no reduction in Agency revenues, the Agency consistently determines that all drivers

are with the defined class of person who is required, even though that is not what the law says. Citizens quickly become wise to the fact that the "game is rigged" at the Agency and stop engaging in prior consultation (which was never a legal necessity anyway because the law only states that drivers who are within the class of person shall use the toll bridge). The Agency realizes that even with its coercive methods it is losing the battle. It looks for new coercive methods, lawful or otherwise.

The Agency knows that I sell maps showing the location of the free bridge and I furnish information pertaining exclusively to the free bridge (but not the toll bridge) to only those drivers who've made their own legal determination that they are not within the class of person required to use the toll bridge.

I have long since determined that I am not a man within the class of person required to drive on the toll bridge and so I have steered clear of it for many years and never drive upon it, and the Agency has no knowledge that anyone I've ever sold a map to or furnished additional information concerning the free bridge is within the class of person required to use the toll bridge.

Despite lacking even a shred of evidence that I am within the class of person required to use the toll bridge, or that those I've assisted are within the class of person required to use the toll bridge, the Agency demands [summonses] a list of those to whom I've sold the map or furnished other useful pieces of information concerning the free bridge and uses words/terms such as "taxpayer" and "evade" when speaking of those who are not using the toll bridge.

The only explanation for the Agency's irrational conduct is that it believes it is appropriate for it to simply "presume" that all drivers are required to use the toll bridge and then demand that all drivers who wish to use the free bridge "prove" they are not required to use the toll bridge. This is as absurd as it is constitutionally bankrupt.

### **Constitutionally Impermissible**

There is an old adage within the Internal Revenue Service; "The burden of proof is upon the taxpayer." And with this I agree. The problem the IRS faces in this matter, but fails to address, is that the burden of proof to prove that a U.S. citizen IS a "taxpayer" [i.e. a person subject to any internal revenue tax] falls squarely upon the IRS. This is precisely where we stand in the instant matter. The government boldly invoked the broad power of the Secretary to summons the books and records of taxpayers, yet neither possess nor offers to this honorable Court one shred of evidence that I, or my clients (if any), fall within 26 USC §7701(a)(14) – the definition of "taxpayer" or otherwise have an regulatable nexus to the internal revenue laws of the United States.

There can be no presumption that a U.S. citizen falls within the reach/power of a federal regulatory scheme absent evidence that would so indicate. Nevertheless, in the instant matter, absent any evidence that would give rise to such a presumption, the government comes before this court operating on the naked allegation that I am embraced by the definition of "taxpayer" at 26 USC §7701(a)(14). Further, absent any evidence that would give rise to such a presumption concerning my clients (if any), the government comes before this honorable Court operating on the naked allegation that my clients (if any) are embraced by the definition of "taxpayer" at 26 USC §7701(a)(14). In short, the government's entire Petition hinges upon "facts not in evidence" and which the government cannot prove into evidence because the requisite elements are nonexistent.

The government contends that it needs the fruits of the Summons to complete its "investigation", yet at no point in its investigation, or its Petition to this honorable Court, has the government offered one scintilla of evidence that anyone affected by the Summons – such as me or my clients (if any) – is within the constitutional boundaries of the Secretary's authority under 26 USC §7602. It

seems the government is playing a cat-and-mouse game in which it wants to draw much attention to the framing of the house (i.e. the broad powers of the Secretary to summons books and records) without ever addressing whether the foundation (the facts permitting the Secretary to employ those powers) is constitutionally sound.

Regrettably, the conduct of the IRS and the Department of Justice in recent years would not remotely support either entity receiving a presumption of constitutional correctness from this honorable Court.

## The Evil Tax Defier

As I've been drafting this Motion the Treasury Department launched its latest public relations campaign concerning what it previously referred to as "Tax Protesters". In the newest campaign Treasury has substituted the word "Defier" for the word "Protester". Nevertheless, Treasury's target(s) remains the same.

It seems that the government has made quite an effort in its Petition to paint me as a "tax protester". But since I've already submitted ample evidence that Chueng flat-out lied about my views on income tax, it is reasonable to ask whether this characterization by the government is accurate or whether this is yet another lie intended to deceive this honorable Court and falsely establish subject matter jurisdiction where there is none.

There are many cockamamie theories floating around our society concerning the income tax [26 USC, subtitle 'A']. The IRS and the courts refer to these as "frivolous". As a layperson I refer to them as "cockamamie" or "nutty". Whether they are referred to as frivolous or nutty, we are essentially speaking of the same arguments. The IRS maintains a long list of such arguments on its website, at http://www.irs.gov/taxpros/article/0,,id=159853,00.html.

Criminal defense attorney Lowell Becraft has been on a campaign for several years to convince Americans that these frivolous arguments are exactly that – frivolous – and that people should not allow themselves to be lured into believing

these arguments or acting upon them.  I thoroughly believe in, and support, his message concerning frivolous tax arguments.

A few years ago I decided to join Mr. Becraft in his endeavor and started using my radio show as a pulpit from which to send out a very similar message. Over time I have explained to my audience that frivolous arguments are legally meritless and should never by used.  A partial list of these frivolous arguments I've addressed on my radio show is; the 861 position; the "Cracking the Code" method of filing returns (promoted by Peter Hendrickson who is now being sued civilly by the U.S. for allegations of unpaid taxes); "expatriation/repatriation"; state citizens don't owe income tax; U.S. citizens don't owe income tax (Chueng's lie notwithstanding); the income tax is only upon 14th Amendment citizens; slavery reparations refunds; the tax code is commercial law and controlled by the UCC; wrong-headed 5th Amendment arguments; etc.

I consistently tell my radio audience that if a U.S. citizen is within a class of person upon whom Congress has imposed any tax, or otherwise made him liable, said citizen must file a return and pay the tax as directed by Congress and the Secretary.  I have also addressed tangential issues such as the use of trusts.  I consistently tell my radio audience that if a person is within a class of person upon whom Congress has imposed any tax, or otherwise made him liable, then creating or utilizing a trust does not alleviate him of his legal obligation to file and pay the tax. (Chueng was aware of these facts long before he committed perjury before this honorable Court because this was communicated to him during our 3 hour meeting.)

Id' say – and I have every confidence this honorable Court agrees – that when it comes to frivolous tax arguments I sound far more like an attorney for the U.S. Department of Justice's Tax Division than I do a "tax protestor" or a person promoting abusive tax shelters.

How many "tax protestors" or people promoting abusive tax shelter tell the American public not touse or rely upon frivolous tax arguments, or use illegal gimmicks to evade the payment of taxes?  I'd say the answer is zero!  Clearly the government's representation that I am a tax protester is yet another lie before this honorable Court.

### Presumptive Language within the Government's Petition

Throughout its Petition, and in Chueng's declaration, the government continues to use presumptive language for which there are no facts in evidence and for which the government can offer no evidence.  I will not belabor the point as this honorable Court is as capable as am I (actually more so) of discerning such language.  This language includes, but it not limited to, words/terms such as "taxpayer", "taxable year", "taxable income", "tax evasion", etc.  This is yet a further attempt by the government to use false presumptions for which they have zero evidence in an attempt to establish subject matter jurisdiction for this honorable Court, which they cannot achieve absent lies and unsupportable presumptions and presumptive language that relies on facts not in evidence and for which no evidence exists.

### True and Compelling Evidence Missing

The government asserts that it has been investigating me for some time now – measured in years.  On the internet one can easily find hundreds of hours of my radio show, in which I often share my views on taxation.  There are many more hours of radio interviews in which I am the guest being interviewed and I am sharing my views on taxation.  There is also a substantial amount of my writings on the internet in which I share my views on taxation.  And there is even video on the internet of me sharing my views on the subject.  In addition to that which is so easily found on the internet, the IRS had me in its offices, testifying under oath, for three (3) hours.  **Despite the fact that my own words are so readily available to the IRS in the scope of its "investigation" it is telling that the IRS did not**

**include one single quote taken from anything I've actually said or written**. There is a very good reason that such a reasonable and rational step was not taken by the government. Because if they had to rely on my own words to substantiate their allegations they'd have absolutely nothing because I've never thought or said the things the government would have this honorable Court believe I think or have said. **In short, the absence of my own words – so readily available to the government – is yet another deception (through omission) by the government in this matter.**

Further, if the government were to let it be known that they are aware of my own words that appear publicly and are so easily found, they would have no defense at all for the gross disrespect they've shown this honorable Court by submitting nothing more than a pack of lies masquerading as Petition for Enforcement of Summons. Additionally, since the government has excluded any and every quote from my own words or writings, it would appear certain that they've listen to them and/or read them and understand the consequences of using them before this honorable Court.

This highly suspicious absence of my own words, after years of a so-called "investigation", further validates that the IRS's "investigation" is in reality merely an "outcome based investigation", being driven solely by political considerations and is legally without merit or evidence.

Further, this highly suspicious absence of my own words, after years of a so-called investigation, further validates (and sheds light on the motive for) Chueng's lies to this honorable Court. Chueng needed to lie about my beliefs and my actions because if the IRS were to use my actual words and deeds in their Petition no elements would exist that could possibly invoke the jurisdiction of this honorable Court.

## Constitutionally Impermissible Action

Because the IRS has offered no credible evidence (only naked averments) that I have anything at all to do with the internal revenue laws of the United States, and because the government has no credible evidence (only naked averments) that my clients (if any) have had any federal tax imposed upon them, or have otherwise been made liable for any federal tax, this current attempt by the government to employ the Secretary's power to summons of the books and records of taxpayers, constitutes a Constitutionally impermissible assault on the Right of Free Assembly and the Right of Free Speech and creates an impermissible "chilling affect" on both Constitutionally secured Rights.

The First Amendment to the U.S. Constitution states: "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances." [Underline added]

According to Black's Law Dictionary [6th Ed], under the heading "Assembly, right of", it states, "Right guaranteed by the First Amendment, U.S. Constitution, allowing people to meet for any purpose connected with government." My clients (if any) and I would clearly be meeting for "a purpose connected to government". The underlying cause for the armed insurrection that created this nation was questions about appropriate and legal taxation.

This current action brought by the government confirms that the lawful actions of U.S. citizens concerning taxation are kept under the careful scrutiny of the federal government. A citizen making a determination that Congress has, or has not, imposed a tax upon him, or otherwise made him liable for such a tax, is an action "connected to government" for the purposes of the Constitutional prohibition against federal abridgement or interference in the Right of Free Assembly.

For a U.S. citizen who has made a determination that Congress has not imposed a tax upon him, or otherwise made him liable for such a tax, to meet with other U.S. citizens who have made the same determination, and to discuss the wisest methods to follow after making such a determination is inarguably action "connected to government" for the purposes of the Constitutional prohibition against federal abridgement or interference in the Right of Free Assembly. Accordingly the government's actions in this proceeding for Enforcement of Summons is an unconstitutional act that abridges and infringed upon the Right of Free Assembly and if acceded to by this honorable Court, would without a doubt have a "chilling affect" on U.S. citizens meeting together in the future for the purpose stated above.

The same issues addressed above are operative concerning the government's actions by its Petition as it relates to Freedom of Speech. As has been pointed out earlier, the government has no evidence to support its averments that I or any of my clients (if any) have had any tax imposed upon them by or through the internal revenue laws of the United States or have otherwise been made liable for such a tax. To unconstitutionally enforce a summons upon those who the government cannot show the slightest bit of credible evidence have any nexus to the internal revenue laws of the United States, and so to render the names of such private U.S. citizens engaged in nothing more than free speech outside the scope of any regulated or regulatably activity to the most feared agency in the U.S. government would inarguably have a "chilling affect" on such speech by U.S. citizens in the future and is thus an unconstitutional action by the government.

I have mentioned earlier that the government's actions in this proceeding are driven solely by political considerations. Regrettably the government's primary unspoken goal in this action is to unconstitutionally abridge and infringe on the Right of Free Assembly and the Right of Free Speech and to terrorize U.S. citizens from freely and safely exercising their Right of Free Assembly and Right of Free

Speech in the future.  The government is attempting to apply this Constitutionally impermissible "chilling affect" to me and my clients (if any).  I humbly submit that it is this honorable Court's constitutional duty to turn aside any attempt by the Executive Branch to abridge, infringe, or create a "chilling affect" on the Right of Free Assembly and/or the Right of Free Speech.

## Summation

I have addressed a myriad of issue in this Motion.  I said at the outset that I believe the government has committed fraud upon this honorable Court in its goal to falsely establish jurisdiction where there is none.  I believe I have made that case in the strongest possible manner and can only hope that this honorable Court is as appalled at the conduct of this government in this matter as am I.

I have demonstrated beyond any reasonable doubt that Revenue Agent Thomas Chueng has knowingly, intentionally, and willfully lied to this honorable Court.  Chueng knowingly, intentionally, and willfully lied about my views on tax law.  Since all of the government's averments upon which it bases its claim of jurisdiction are based on Chueng's declaration and his credibility is now in serious question, that should end any question of jurisdiction in this matter.

I have demonstrated beyond a reasonable doubt that the government's characterization of me as tax protester is completely without merit or credibility.

I have demonstrated beyond a reasonable doubt that the government has had every opportunity to include my own words and deeds as found in copious quantities across the internet and from other sources, and that the government has studiously and intentionally stayed away from, and refused to use, my own words and deeds because only the knowing, willful, and intentional lies of Chueng could be used to falsely assert jurisdiction in this matter.  The use of my own words and deeds would not support the jurisdiction of this honorable and that would undermine the government's political agenda in this matter.

I have demonstrated beyond any reasonable doubt that the government is relying on (in addition to outright lies) false and misleading presumptions for which it possess not one scintilla of evidence and concerning which it cannot offer this honorable Court one scintilla of evidence in support of its false and misleading presumptions.

I have demonstrated beyond any reasonable doubt that the government's actions in this matter, given the totality of the circumstances, constitutes a Constitutionally impermissible abridgement and infringement of the Right of Freedom of Assembly enjoyed by U.S. citizens and would create a "chilling affect" not only against the targeted citizens, but all U.S. citizens similarly situated.

I have demonstrated beyond any reasonable doubt that the government's actions in this matter, given the totality of the circumstances, constitutes a Constitutionally impermissible abridgement and infringement of the Right of Free Speech enjoyed by U.S. citizens and would create a "chilling affect" not only against the targeted citizens, but all U.S. citizens similarly situated.

Federal Rule of Civil Procedure 12(b)(1) addresses a movant challenging the factual basis for the court's subject matter jurisdiction. That is of course what this Motion is all about. Federal Rule of Civil Procedure 12(b)(1) states that in such a case the allegations in the case are not controlling. The court has wide latitude in addressing the factual basis question. And where there are insufficient facts to establish jurisdiction, the case must be dismissed.

In the present matter, as set forth above, the government has failed to set forth the law that it claims subjects me to IRS jurisdiction. What is that law, what is the code section? What are the prongs of any test applied to said law? Does Mr. Cheung's declaration establish that the undersigned meets each of the prongs of that test in virtue of his actions? The absence of quotes taken directly from the undersigned's three-hour, sworn interview with the IRS or from the undersigned's

website or radio show establish that the government has no facts in support of its petition.

Therefore, the undersigned respectfully prays that the court dismiss this action on the basis that the following apply to this party under Federal Rules of Civil Procedure, Rule 12(b):  1) lack of subject-matter jurisdiction; 2) lack of personal jurisdiction; 4) insufficient process, 5) insufficient service of process, and 6) failure to state a claim upon which relief can be granted.  The dismissal itself is also requested under Rule 12(h)(3) which states that:  "If the court determines at any time that it lacks subject matter jurisdiction, the court must dismiss the action."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

1031 W. Ave. M14,
Suite A
Palmdale, CA 93551
Dave Champion

# THE DECLARATION OF DAVID CHAMPION IN SUPPORT OF MOTION TO DISMISS FOR WANT OF JURISDICTION

I, David Champion, pursuant to 28 USC section 1746(1) declare as follows:

1.      After tens of thousands of hours of personal research into the internal revenue laws of the United States I long ago determined that I am not within a class of person upon whom Congress has imposed any internal revenue tax, nor have I otherwise been made liable for such a tax.

2.      The United States government has never informed me that it believes my determination to be in error.

3.      I do not assist anyone in making his/her determination as to whether Congress has imposed any internal revenue tax on him/her or whether he/she has otherwise been made liable for such a tax.

4.      I serve as a consultant to those U.S. citizens who have made their own determination that Congress has not imposed any internal revenue tax on them nor otherwise been made them liable for any such a tax.

5.      I do not assist anyone who has failed or refused to make the determination stated in item 4 of this declaration.

6.      In rare cases in which a person has told me they believe they are within a class of person upon whom Congress has imposed an internal revenue tax I immediately inform them that I cannot assist them in any way and suggest (as a courtesy) that they contact a tax professional who is approved to practice before the IRS.

7.      I have been unable to secure counsel in the scant time [5 days] afforded me to file motion papers due to the government's disregard for the Court's order to serve me "promptly".

1

8.     I had prior obligations requiring me to be out of town for seven (7) days immediately after I was served, on April 3, 2008.

9.     The disregard for the Court's order (issued March 19, 2008) to serve me promptly has prevented me from either securing competent counsel or being able to draft and file a response within the 5 day window left to me by the government's needless delay in serving me.

10.     I do not hold the view, nor have I ever made the claim that "U.S. citizens do not need to pay federal income unless they voluntarily change themselves from 'taxpayer' to 'nontaxpayer'" [Quote from the declaration of Revenue Agent Thomas Chueng.]

11.     I have never made any statements or claims that would lead a reasonable person to conclude that "U.S. citizens do not need to pay federal income unless they voluntarily change themselves from 'taxpayer' to 'nontaxpayer'".

12.     I repeatedly and publicly state that if a U.S. citizen falls within the class of person upon whom Congress has imposed an internal revenue tax, or otherwise made said U.S. citizen liable for such tax, the U.S. citizen must file a return and pay the tax as directed by Congress and the Secretary.

13.     I do not "promote" anything except the perspective that U.S. citizens should educate themselves about the law in general, and if they have questions about their tax status they should conduct their own research, and if they feel it appropriate make their own determination as to whether Congress has imposed an internal revenue tax on him/her, or otherwise made him/her liable for such tax.

14.     On or about January 12, 2005 I attended a meeting that lasted approximately 3three (3) hours with Revenue Agents Helen Tran and Thomas Chueng pursuant to their alleged concerns that I might be violating sections 6694, 6695, 6700 and/or 6701 of the Internal Revenue Code.  In attendance was also an IRS Area Counsel whose name I do not possess.

15.    During my three (3) hour meeting with the IRS I was "sworn in" after being assured that being sworn did not create any inference that I was in any way involved in the internal revenue laws of the United States.

15.    During my three (3) hour meeting with the IRS I repeatedly asked to address the issue of any possible violations of 6694, 6695, 6700 and/or 6701. Tran, Chueng, and the unnamed Are Counsel repeatedly refused to discuss any possible violations of 6694, 6695, 6700 and/or 6701 with me.

16.    During my three (3) hour meeting with the IRS I proposed that if at any time the IRS felt I was in violation of sections 6694, 6695, 6700 and/or 6701, they should put their concerns in writing and mail them to me. I further sated that I would retain counsel and that I felt confident that appropriate changes or alterations could be made that would satisfactorily resolve the matter for all parties.

17.    From the date of that meeting until this very moment (as I write this), the IRS has never provided me with any information whatsoever that would indicate they believe me to be in violation of sections 6694, 6695, 6700 and/or 6701.

18.    I have never said that a U.S. citizen upon whom Congress has imposed an internal revenue tax, or otherwise made said citizen liable, can avoid his/her tax obligation by declaring him/her self to be a "nontaxpayer".

19.    On my radio show I encourage my listeners not to get involved with or rely upon "frivolous tax arguments". A partial list of the frivolous arguments I've covered on the show are; the 861 position; expatriation/repatriation; the "Cracking the Code" method of filing returns; Irwin Schiff's "zero return" method; state citizens don't owe income tax; U.S. citizens don't owe income tax, etc.

20.    I have read the government's entire complaint and the entire declaration of Thomas Chueng. There is not statement made anywhere in either document that accurately reflects my views on taxation or accurately characterizes the assistance I provide to my clients (if any).

3

21.   I have read the government's entire complaint and the entire declaration of Thomas Chueng.  No statement that I have ever made verbally or in writing (i.e. a quote of mine) appears in either document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 22, 2008.

David Champion

**PROOF OF SERVICE**

1013A(3) CCP Revised 5/l/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am over the age of eighteen years and am not a party to this action.  My business address is 1031 W. Ave. M-14, Suite A, Palmdale, CA 93551.

On April   , I served the foregoing document described as:

*MOTION TO DISMISS FOR WANT OF JURISDICTION, IN FORM OF A SPECIAL APPEARANCE*

___ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

_X_ by placing __ the original _X_ a true copy thereof enclosed in sealed envelopes addressed as follows:

*MR. GRAYSON HOFFMAN*
*U.S. DEPT. OF JUSTICE*
*P.O. BOX 7238*
*BEN FRANKLIN STATION*
*WASHINGTON, D.C. 20044*

_X_ **BY MAIL**

   _X_   I deposited such envelope in the mail at Palmdale, California.  The envelope was mailed with postage thereon fully prepaid.
   ____   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U. S. postal service on that same day with postage thereon fully prepaid at Lancaster, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_X_ (State) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April   , 2008 at Palmdale, California.

Jared McIntyre

**PROOF OF SERVICE**
1013A(3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am over the age of eighteen years and am not a party to this action. My business address is 1031 W. Ave. M-14, Suite A, Palmdale, CA 93551.

On April , I served the foregoing document described as:

*MOTION TO DISMISS FOR WANT OF JURISDICTION, IN FORM OF A SPECIAL APPEARANCE*

__ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

X by placing __ the original X a true copy thereof enclosed in sealed envelopes addressed as follows:

*MR. EVAN DAVIS
ROOM 7211, FEDERAL BUILDING
300 N. LOS ANGELES ST.
LOS ANGELES, CA 90012*

X **BY MAIL**

X  I deposited such envelope in the mail at Palmdale, California. The envelope was mailed with postage thereon fully prepaid.
____  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on that same day with postage thereon fully prepaid at Lancaster, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

X  (State) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April , 2008 at Palmdale, California.

*Jared McIntyre*

**PROOF OF SERVICE**

**PROOF OF SERVICE**

1013A(3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am over the age of eighteen years and am not a party to this action. My business address is 1031 W. Ave. M-14, Suite A, Palmdale, CA 93551.

On April , I served the foregoing document described as:

*MOTION TO DISMISS DUE TO INVALID SERVICE*

___ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

_X_ by placing __ the original _X_ a true copy thereof enclosed in sealed envelopes addressed as follows:

*MR. GRAYSON HOFFMAN*
*U.S. DEPT OF JUSTICE*
*P.O. BOX 7238*
*BEN FRANKLIN STATION*
*WASHINGTON, D.C. 20044*

_X_ **BY MAIL**

_X_ I deposited such envelope in the mail at Palmdale, California. The envelope was mailed with postage thereon fully prepaid.
___ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on that same day with postage thereon fully prepaid at Lancaster, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_X_ (State) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April , 2008 at Palmdale, California.

Jared McIntyre

**PROOF OF SERVICE**

1

**PROOF OF SERVICE**
1013A(3) CCP Revised 5/l/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am over the age of eighteen years and am not a party to this action.  My business address is 1031 W. Ave. M-14, Suite A, Palmdale, CA 93551.

On April  , I served the foregoing document described as:

*MOTION TO DISMISS DUE TO INVALID SERVICE*

___ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

_X_ by placing __ the original _X_ a true copy thereof enclosed in sealed envelopes addressed as follows:

*MR. EVAN DAVIS*
*ROOM 7211, FEDERAL BUILDING*
*300 N. LOS ANGELES ST.*
*LOS ANGELES, CA 90012*

_X_  **BY MAIL**

  _X_  I deposited such envelope in the mail at Palmdale, California.  The envelope was mailed with postage thereon fully prepaid.
  ____  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U. S. postal service on that same day with postage thereon fully prepaid at Lancaster, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_X_  (State) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April   , 2008 at Palmdale, California.

*David McIntyre*

**PROOF OF SERVICE**

# Declaration

My name is Thomas Demers and I have heard Dave Champion discuss his views and opinions concerning the income tax for a minimum of two and one half years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

------------------------------------------------        April 9 2008

**Signature**                                                                **Date**

Notary:

## MASSACHUSETTS SIGNATURE WITNESSING

Gov. Exec. Ord. #455 (03-13), §5(f)

Commonwealth of Massachusetts

County of _____*Essex*_____ } ss.

On this the ___*9th*___ day of ___*April*___, ___*2008*___, before me,
Day               Month                    Year

_____*Jacqueline E. LaPorte*_____, the undersigned Notary Public,
Name of Notary Public

personally appeared ___*Thomas E. Demers*___,
Name(s) of Signer(s)

proved to me through satisfactory evidence of identity, which was/were

_____*Mass. Driver's License*_____,
Description of Evidence of Identity

to be the person(s) whose name(s) was/were signed on the preceding or attached document in my presence.

_____*Jacqueline E. LaPorte*_____
Signature of Notary Public

_____*Jacqueline E. LaPorte*_____
Printed Name of Notary

My Commission Expires _____

[Notary Seal]
Jacqueline E. LaPorte
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires Oct. 5, 2018

Place Notary Seal and/or Any Stamp Above

──────── **OPTIONAL** ────────

*Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: ___*Declaration*___

Document Date: ___*April 9, 2008*___ Number of Pages: ___*1*___

Signer(s) Other Than Named Above: ___*None*___

| Right Thumbprint of Signer |
|---|
| Top of thumb here |

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org
Item No. 5953                      Reorder: Call Toll-Free 1-800 US NOTARY (1-800-876-6827)

# Declaration

My name is Rod Schmidt and I have heard Dave Champion discuss his views and opinions concerning the income tax for 4 years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____          _____
**Signature**                                                          **Date**
                                                                              4-10-08

Notary:

In the County of Salt Lake, State of Utah, on this 10th day of April, 20 08, a notary public, personally appeared Rod Schmidt, proved on the basis of satisfactory evidence to be the person(s) whose name(s) (is/are) subscribed to this instrument, and acknowledged (he/she/they) executed the same.

_____
Notary Signature and seal



NOTARY PUBLIC
DEBBIE J HARDCASTLE
1344 West 4675 South
Riverdale, Utah 84405
My Commission Expires
August 23, 2009
STATE OF UTAH

# Declaration

My name is Jeremiah Johnson and I have heard Dave Champion discuss his views and opinions concerning the income tax for 8 monthes.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____        04-17-08
Signature                                                   Date

Notary:

KIMBERLY S. BURNETT
Commission Number 741917
My Comm. Exp. 1-26-09

4-17-08

# Declaration

My name is Ernie Fowlke and I have heard Dave Champion discuss his views and opinions concerning the income tax for over 3 years. In all that time, I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____        April 11, 2008
Signature                                               Date

Notary: _Todd M Carpenter_

Notary Public
TODD M. CARPENTER
335 E. St. George Blvd. Suite 102
St. George, UT 84770
My Commission Expires
February 28, 2010
State of Utah

Barry Scrivner
Address withheld for privacy
Address on file

| | | | |
|---|---|---|---|
| Yavapai County | ) | | |
| State of Arizona | ) | ss: | DECLARATION |
| United States of America | ) | | |

Comes now, I, Barry Scrivner, to hereby attest and affirm that I have personal knowledge of the facts contained in this Declaration, that I am of legal age to testify, and competent to make statements with regard to the matters stated herein.

I, Barry Scrivner, Declarant, do hereby declare, say, and state the following:

1. I have heard Dave Champion discuss his views and opinions concerning the income tax for the entire duration of his radio program since the beginning.  In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.
2. I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.
3. I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

The facts stated above are provided under penalty of perjury under the laws of the State of Arizona.

_____   April 15, 2008
Signature of Declarant                          Date

State of _ARIZONA_____   County of ___YAVAPAI_____

On __April 15, 2008___ before me, ___JULIE ZLAMAL___,
              Date                                                      Notary Public

Personally appeared:
_____BARRY SCRIVNER_____
                    Name of Signer

[ ] personally known to me – AND/OR – [X] proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS by my hand and official seal.

_____
Signature of Notary

OFFICIAL SEAL
JULIE ZLAMAL
NOTARY PUBLIC – ARIZONA
YAVAPAI COUNTY
My Comm. Expires 01-30-2011

# Declaration

My name is Daniel Heimann and I have heard Dave Champion discuss his views and opinions concerning the income tax for five months.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

Daniel Heimann                    4/14/08

_____                    _____
Signature                    Date

Notary:

STATE OF ARIZONA
COUNTY OF MARICOPA
This instrument was acknowledged before me
This 14 day of APRIL , 20 08 .
In witness whereof I herewith set my hand
and official seal.

Susan M. Culpepper NOTARY PUBLIC



NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
SUSAN N. CULPEPPER
My Appointment Expires 10/19/11

# Declaration

My name is Bret Graham and I have heard Dave Champion discuss his views and opinions concerning the income tax for over three years. In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____                    4-14-05
Bret Graham                                                             Date

State of California     )
                        )     ss.
County of Orange        )

On 4-14-08 before me, _____ EARL LIEVANO) _____, a Notary Public, personally appeared, Bret Graham, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

EARL LIEVANOS
Commission # 1708626
Notary Public - California
Orange County
My Comm. Expires Dec 5, 2010

Signature _____

# Declaration

**My name is James Allen and** I have heard Dave Champion discuss his views and opinions concerning the income tax for 1.5 years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____          4/14/08
Signature                                                    Date

Notary:

STATE OF ARIZONA
COUNTY OF MARICOPA
This instrument was acknowledged before me
this ____ day of _____, 20__
In witness whereof I herewith set my hand
and official seal.

OFFICIAL SEAL
J. WYLIE
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires March 1, 2011

# Declaration

My name is Robert F. Morrow and I have heard Dave Champion discuss his views and opinions concerning the income tax for nine (9) months.  In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.


_____        _____
Signature                                Date
                                         4·10·08

Notary: _____                  4/10/08

LILLIE W. BERRYMAN
MY COMMISSION EXPIRES
April 16, 2008

Robert F. Morrow
7308 Forrest Court
North Richland Hills, TX 76180-3006

# Declaration

My name is Robert Alan Adams and I have heard Dave Champion discuss his views and opinions concerning the income tax for 4 years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____     _____
Signature                                          Date

04/12/08

### ACKNOWLEDGEMENT

Subscribed         and         affirmed         to         before         me,
_____Laura C Blair_____, a Notary Public, this __12th__ day of __April__, 20 _08_, that the above-named person did appear before me and prove to be person executing this document.

My commission expires:____7-8-09____

_____, Notary Public

# Declaration

**My name is Frank Redzich, and** for at least 4 years I've heard Dave Champion discuss his views and opinions concerning the income tax.   In all that time, never once heard him say U.S. citizens don't owe income tax, nor make any statement that would convey that meaning otherwise.

In fact, Mr. Champion has made it explicitly clear that certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____Frank Redzich_____        4/9/08
                                        / Date

_Frank Redzich_ (signature)
Signature

Notary:

STATE OF CALIFORNIA
COUNTY OF ~~ORANGE~~ Los Angeles
SUBSCRIBED AND SWORN TO BEFORE ME ON THIS
___ DAY OF APR , 2008, BY Frank Redzich
PERSONALLY KNOWN TO ME OR PROVED TO ME ON THE BASIS OF SATISFACTORY
EVIDENCE TO BE THE PERSON(S) WHO APPEARED BEFORE ME.
NOTARY PUBLIC

JOHNNY GHAZALEH
COMM. #1555484
NOTARY PUBLIC · CALIFORNIA
ORANGE COUNTY
My Comm. Expires Feb. 27, 2009

# Declaration

**My name is Lester Zufelt and** I have heard Dave Champion discuss his views and opinions concerning the income tax for about a year.  In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____          4-7-08
Signature                                             Date

Notary:

SUBSCRIBED & SWORN BEFORE
ME, BY _LESTER ZUFELT_
THIS _7_ DAY _APRIL_, 20_08_
_Debbie Littlefield_
NOTARY PUBLIC

# Declaration

**My name is Woodrow W. Holmes Jr. and I have heard Dave Champion discuss his views and opinions concerning the income tax for 5 years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.**

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_Woodrow W. Holmes Jr_
**Signature**

4-7-08
**Date**

**Notary:**

STATE OF ...California...

COUNTY OF ...Ventura...

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 7th DAY OF APR. 2008
BY THE /WOODROW WILSON HOLMES JR.

NOTARY PUBLIC

RAMESH MANWANI
Commission # 1646163
Notary Public - California
Ventura County
My Comm. Expires Mar 16, 2010

# Declaration

My name is Stephen Hanson and I have heard Dave Champion discuss his views and opinions concerning the income tax for over 2 years.   In all that time, I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____          04/05/08
Signature                                                        Date

Notary:

# Declaration

**My name is Bill Hathaway and** I have heard Dave Champion discuss his views and opinions concerning the income tax for five years. In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.


_Bill Hathaway_                    _4/17/08_
Signature                          Date


Notary:    Tammy Lynn Kult, Notary Public
           State of Indiana
           Tippecanoe Co.
           Comm Exp 03/05/2009