# Declaration

**My name is Isaac A. Pasley and** I have heard Dave Champion discuss his views and opinions concerning the income tax for 4 years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.


Isaac A. Pasley
Signature                                                    Date April 8, 2008


Notary:



EDNA ZAMARRIPA
Notary Public, State of Texas
My Commission Expires
December 21, 2011

# Declaration

**My name is Richard N. Urias and** I have heard Dave Champion discuss his views and opinions concerning the income tax for at least four (4) Years. In all that time I have never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____    4/9/08
Signature                                              Date


Notary:

SAID SANHOURY
COMM. # 1656447
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
MY COMM. EXP. APR. 6, 2010

4/9/08

# Declaration

My name is Richard Van Emburgh and I have heard Dave Champion discuss his views and opinions concerning the income tax for four years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____

Signature                                    Date: April 7, 2008

Notary:   Eddie Schutte



# Declaration

My name is Alan Lewis Painter.

I have heard Dave Champion discuss his views and opinions concerning the income tax since the year 2003, and I have never heard him say that U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that *in certain circumstances*, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above, and that knowledge is provided under the penalty of perjury under the laws of the United States.

By: _Alan Lewis Painter_        Date: _4-9-'08_

Alan Lewis Painter

## Notary:

State of Arizona                    )

County of _Yavapai_                 )

On this _9th_ day of _April_, 20_08_, before me personally appeared _Alan Lewis Painter_ (name of signer), whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document, and who acknowledged that he/she signed the above/attached document.

(seal)

_James D. Strohm_
Notary Public

OFFICIAL SEAL
JAMES G. STROHM
Notary Public -- State of Arizona
YAVAPAI COUNTY
My Comm. Expires Jan. 7, 2011

# Declaration

My name is Ronald Wedge and I have heard Dave Champion discuss his views and opinions concerning the income tax for four years, and have listened to his archives for 2001, 2002 and 2003. In all of this time I have **never** heard him say U.S. Citizens don't owe income taxes, or make any statements that would convey that meaning.

In fact, I   have **heard** him say that in certain circumstance, as indicated by the statutes and/or regulations, U.S. Citizens **do** owe income taxes.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____     4-14-08
Signature     Date

Notary   *Rhonda Charlotte Harris*

RHONDA CHARLOTTE HARRIS
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sep. 20, 2012
Acting in the County of Wayne

# Declaration

**My name is David Harrison and** I have heard Dave Champion discuss his views and opinions concerning the income tax for over 5 years. I have listened to almost all of his radio shows, and in all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say on many occasions that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____          _____
Signature                                                        Date    4-18-08

Notary:    STATE OF NEVADA
COUNTY OF CLARK
On this __18__ day of __April__ 20 08
personally appeared before me, a Notary Public.
_David Harrison_
personally known to me to be the person(s) whose
name(s) subscribed to the above instrument who
acknowledge that __(he)__ executed this instrument
WITNESS my hand and official seal.



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
DAVID J. ENGLUND
No: 92-1340-1
My Appointment Expires June 23, 2008

# Declaration

My name is Joseph L. Lyon, Jr. and for over 5 years I have heard David A. Champion discuss his views and opinions concerning income tax. In all that time I have never heard him say U.S. citizens do not owe income tax, or make any statement that would convey that meaning.

I have heard him state, that in certain circumstances as indicated by the statutes and regulations, U.S. citizens do in fact owe income tax.

I have personal knowledge of the information provided above and it is provided under penalty of perjury under the laws of the United States.

_____        _____
Joseph L Lyon Jr.                                         4/11/2008
**Signature**                                              **Date**

State of Utah    County of Utah
**Notary:** Linda J Moulton        4/11/2008



# Declaration

My name is Deborah Shuttle and I have heard Dave Champion discuss his views and opinions concerning the income tax for 4 years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.


_____              4-16-08

Signature                                                Date


Notary:

LESLIE A. PALMER, Notary Public
My Commission Expires October 3, 2012

# Declaration

**My name is Rick Smith and I have heard** Dave Champion discuss his views and opinions concerning the income tax for one year.   In all that time I've never heard him say U.S. citizens don't owe income tax.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

Rick Smith, ▓▓▓▓▓▓▓▓▓▓▓. Antioch TN 37013

Signature _____    Date  4/17/08

Notary:

My Comm. Expires April 21, 2009

# Declaration

**My name is Thomas Bell and** I have heard Dave Champion discuss his views and opinions concerning the income tax for over three years.    In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____

_____

Signature                                     Date

*T. Bell*                                      *4-10-0 8*

*431 Highland Ave*
*Midwest City, OK 73110*

Notary:

*Subscribed & sworn to before me this the 10th day of April 2008.*

AMITY D. NOLAN
NOTARY
# 07009987
EXP. 10/29/11
STATE PUBLIC
OF OKLAHOMA

# Declaration

My name is Donna Ann Adams and I have heard Dave Champion discuss his views and opinions concerning the income tax for three months.    In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.


_Donna Adams_____        _4/12/08_____
Signature                                                        Date


## ACKNOWLEDGEMENT

Subscribed            and            affirmed            to            before            me,
__Laura C Blair_____, a Notary Public, this __12th__
day of __April_____, 20_08_, that the above-named person did appear before me and prove to be person executing this document.

My commission expires:____7-8-09____

_Laura C Blair_____, Notary Public

# Declaration

**My name is Thomas A. Smith and** I have heard Dave Champion discuss his views and opinions concerning the income tax for three+ yrs. In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____
Signature                                    Date

Notary: Angela Webb                     4·14·08
        Angela Webb

ANGELA WEBB
Notary Public, State of Ohio
My Commission Expires 02-02-11

# Declaration

My name is Philip D. Siekierke and I HAVE HEARD DAVE CHAMPION DISCUSS HIS VIEWS AND OPINIONS CONCERNING THE INCOME TAX FOR 3 YEARS.  IN ALL THAT TIME I'VE NEVER HEARD HIM SAY U.S. CITIZENS DON'T OWE INCOME TAX, OR MAKE ANY STATEMENT THAT WOULD CONVEY THAT MEANING.

IN FACT, I HAVE HEARD HIM SAY THAT IN CERTAIN CIRCUMSTANCES, AS INDICATED BY THE STATUTES AND/OR REGULATIONS, U.S. CITIZENS DO OWE INCOME TAX.

I HAVE PERSONAL KNOWLEDGE OF THE INFORMATION PROVIDED ABOVE AND IT IS PROVIDED UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES.

_____          _____

SIGNATURE                                    DATE

NOTARY:

On 4-15-08, Philip Siekierke came before me.

Michele Dannbauer                 State of Wisconsin
                                            Winnebago County

# Declaration

**My name is John Carpenter and I have heard Dave** Champion discuss his views and opinions concerning the income tax for about a year.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

3971 East Simpson Rd.  Gilbert, AZ 85297

Signature     Date 4/16/08

Notary:

OFFICIAL SEAL
MICHAEL D. SIEVERS
NOTARY PUBLIC - AZ
MARICOPA COUNTY
My Commission Expires 09/07/08

# Declaration

My name is Gail Odegaard and I have heard Dave Champion discuss his views and opinions concerning the income tax for 3 years, from 2005 to now.  In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_Gail Odegaard_
**Signature**                          Date  *4-14-2008*

**Notary:**  *see attached*

# Declaration

My name is Kirk Odegaard and I have heard Dave Champion discuss his views and opinions concerning the income tax for 3 years, from 2005 to now.  In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____          04-14-08

**Signature**                                    **Date**


**Notary:** _see attached_

State of Wyoming

                    ss

County of Big Horn


The foregoing document, Declaration, was acknowledged before me by Kirk Odegaard , this 14th day of April, 2008.



Witness my hand and official seal.



_____

Julie Jones Greer, Notary Public

My commission expires March 22, 2012

JULIE JONES GREER - NOTARY PUBLIC
County of          State of
Big Horn           Wyoming
My Commission Expires March 22, 2012

State of Wyoming

                  ss

County of Big Horn

The foregoing document, Declaration, was acknowledged before me by Gail Odegaard, this 14th day of April, 2008.

Witness my hand and official seal.

Julie Jones Greer, Notary Public

My commission expires March 22, 2012

# Declaration

**My name is Mark Jensen and** I have heard Dave Champion discuss his views and opinions concerning the income tax for 4 years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.


_Mark T. Jensen_      _04/15/2008_

Signature                         Date

```
OFFICIAL  SEAL
JEANETTE M. JEPSEN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-18-2009
```

Notary:

_Jeanette M. Jepsen   4/15/2008_

## Declaration

**My name is Larry Monk and** I have heard Dave Champion discuss his views and opinions concerning the income tax for the past several years. In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

SIGNED _Larry Monk_  DATE _04/15/08_
Larry Monk
Dothan, Ala

Notary: STATE: Alabama
         COUNTY: Houston


Done this 15th day of April, 2008.


_Amelia Ann Kuykendall_
Notary Public


My commission expires on ___5-31-11___ .

# Declaration

**My name is Tim C. Breneman and** I have heard Dave Champion discuss his views and opinions concerning the income tax for five years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____          4/16/2008
Signature                                                    Date


Notary:

# JURAT WITH AFFIANT STATEMENT

State of _Arizona_

County of _Maricopa_    } ss.

☒ See Attached Document (Notary to cross out lines 1–8 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

_____    _____
Signature of Document Signer No. 1     Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before

me this _16th_ day of _April_ ,
          Date              Month

_2008_ , by
 Year

(1) _Tim C. Breneman_
        Name of Signer(s)

(2) _____ n/a _____
        Name of Signer(s)

_Cheryl S. Barkes_
Signature of Notary Public

CHERYL S. BARKES
Notary Public - Arizona
Maricopa County
My Comm. Expires May 21, 2011

Place Notary Seal Above

——————————— OPTIONAL ———————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Further Description of Any Attached Document

Title or Type of Document: _Declaration_

Document Date: _4/16/08_     Number of Pages: _1_

Signer(s) Other Than Named Above: _none_

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

© 2002 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2404 • Prod. No. 5924 • Reorder: Call Toll-Free 1-800-876-6827

# Declaration

**My name is** Robert Richardson **and** I have heard Dave Champion discuss his views and opinions concerning the income tax for 4 years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_Robert Richardson_
**Signature**

Date _April 16, 2008_

**Notary:**    STATE OF WASHINGTON
              COUNTY OF CLARK

SIGNED AND SWORN TO (OR AFFIRMED) BEFORE ME,
STEPHANIE M. PERSON, ON 4/16/08 BY ROBERT RICHARDSON.

                        _Stephanie M. Person_
            MY APPOINTMENT EXPIRES 8/15/2011

# Declaration

**My name is Frank Redzich, and** for at least 4 years I've heard Dave Champion discuss his views and opinions concerning the income tax.   In all that time, never once heard him say U.S. citizens don't owe income tax, nor make any statement that would convey that meaning otherwise.

In fact, Mr. Champion has made it explicitly clear that certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

Frank Redzich

4/9/08
Date

Signature

Notary:

STATE OF CALIFORNIA
COUNTY OF ~~ORANGE~~ Los Angeles
SUBSCRIBED AND SWORN TO BEFORE ME ON THIS
___ DAY OF APR, 2008, BY Frank Redzich
~~PERSONALLY KNOWN TO ME OR PROVED TO ME ON THE BASIS OF SATISFACTORY~~
EVIDENCE TO BE THE PERSON(S) WHO APPEARED BEFORE ME.

NOTARY PUBLIC

JOHNNY GHAZALEH
COMM. #1555484
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Comm. Expires Feb. 27, 2009

# Declaration

**My name is Jared Shumway and** I have heard Dave Champion discuss his views and opinions concerning the income tax for 5 Years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____          _____
Signature                                                        Date

Notary: Dawn Renaof Edy    4/8/08
State of Utah
County of Grand

# Declaration

**My name is Steve Risenhoover and** I have heard Dave
Champion discuss his views and opinions concerning the
income tax for 3 Years.   In all that time I've never heard him
say U.S. citizens don't owe income tax, or make any statement
that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as
indicated by the statutes and/or regulations, U.S. citizens do
owe income tax.

I have personal knowledge of the information provided above
and it is provided under the penalty of perjury under the laws
of the United States.

_____        4/8/08
Signature                                           Date


Notary: _Dawn Renackotsky_        4/8/08

State of Utah
County of Grand

# <u>Declaration</u>

My name is Barry Parker and I have heard Dave Champion
discuss his views and opinions concerning the income tax for 4
years.   In all that time I've <u>never</u> heard him say U.S. citizens
don't owe income tax, or make any statement that would
convey that meaning.

In fact, I have heard him say that in certain circumstances, as
indicated by the statutes and/or regulations, U.S. citizens do
owe income tax.

I have personal knowledge of the information provided above
and it is provided under the penalty of perjury under the laws of
the United States.

Signature

Date  4-9-08

Notary:

April   8  08

Notary's S

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Murtaza S. Jaffer, Notary Public
Lower Macungie Twp., Lehigh County
My Commission Expires Sept 23, 2011
Member, Pennsylvania Association of Notaries

# Declaration

My name is Vladimir Diaz and I have heard David Champion discuss his views and opinions concerning the income tax for two (2) years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under penalty of perjury under the laws of the united States of America under 28 U.S.C. §1746(1) that the foregoing is true and correct.

_____    4/9/2008
Vladimir Diaz                                         Date
151 N Nob Hill Rd. Ste # 295
Plantation, Florida 33324, U.S.A.

STATE OF FLORIDA
COUNTY OF BROWARD

This <u>9th</u> day of <u>April</u>, <u>2008</u>, the foregoing instrument was acknowledged before me by <u>Vladimir Diaz</u> who is / is not personally known to me and who has produced _Personally Known_ as identification.

_____
Notary Public at Large

(SEAL)



Cynthia D. Burdige
Commission # DD295233
Expires June 26, 2008
Bonded Troy Fain · Insurance, Inc. 800-385-7019

# __Declaration__

My name is John Shepard and I have heard Dave Champion discuss his views and opinions concerning the income tax for over three years. In all that time I have never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

John Shepard
606 NW 47th St
Seattle, WA 98107

Signature _____        Date _____

Notary:

SUBSCRIBED AND SWORN TO BEFORE ME
this _____ day of _____ 20 ___

_____
Notary Public in and for the State of Washington
residing at _____
COM. EXP. _____



Notary Public
State of Washington
CARYN BRIGGS
My Appointment Expires Jun 19, 2010

# Declaration

**My name is Joyce Cox and** I have heard Dave Champion discuss his views and opinions concerning the income tax for four years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____        _____
Signature                        Date

Joyce Cox
c/o P.O. Box 453
Afton, Wyoming  [83110]

Notary:

4-11-08

BILLIE BUIST        NOTARY PUBLIC
COUNTY OF        STATE OF
LINCOLN        WYOMING
MY COMMISSION EXPIRES JANUARY 3, 2011

Declaration

My name is Kenny Knapp, and I have heard Dave Champion discuss his views and opinions concerning the income tax for at least four (4) years. In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____    _____
Signature                            Date    4-9-08

Notary: _____

My Commission Expires 02/04/2012

# Declaration

**I am Janine Queller, and** I have heard Dave Champion discuss his views and opinions concerning the income tax for fourteen months.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____          _____
Signature                                                      Date  4/8/08

Notary:

State of Nevada
County of Carson City

Subscribed and sworn/affirmed to before me this 8th day of April
20 08 by Janine Queller

Melanie Bayliss
Notary's Signature

My Commission Expires: Dec 12, 2009

NOTARY PUBLIC
STATE OF NEVADA
Carson City
MELANIE BAYLISS
No: 02-72371-3
My Appointment Expires Dec. 12, 2009

# Declaration

My name is [Lawrence Duncan] and I have heard Dave Champion discuss his views and opinions concerning the income tax for [2006-present]. In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____       04/8/08
Signature                                        Date


Notary: _Elizabeth R. Dun___

ELIZABETH R. DUNCAN
Notary Public for the State of South Carolina
My Commission Expires April 11, 2015

# Declaration

My name is Nathan Mach and I have heard Dave Champion discuss his views and opinions concerning the income tax for three years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

Signature _____

Date 4-21-08

Notary:

# ACKNOWLEDGMENT

State of California
County of _Riverside_ )

On _April 24,2008_ before me, _Marisela Rodriguez Notary Public_
(insert name and title of the officer)

personally appeared _Nathan Marsh_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

MARISELA RODRIGUEZ
Comission # 1767230
Notary Public - California
Riverside County
My Comm. Expires Sep 11,2011

# Declaration

My name is Gary Mach and I have heard Dave Champion discuss his views and opinions concerning the income tax for 4 ½ years. In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____          4-21-08
Signature                                                      Date

Notary:

# ACKNOWLEDGMENT

State of California

County of _Riverside_ _____ )

On _April 21, 2008_ _____ before me, _Marisela Rodriguez, Notary Public_
(insert name and title of the officer)

personally appeared _Gary Allach_ _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_ _____ (Seal)

```
        MARISELA RODRIGUEZ
        Commission # 1767230
        Notary Public - California
            Riverside County
      My Comm. Expires Sep 11, 2011
```

# Declaration

My name is Connie Mach and I have heard Dave Champion discuss his views and opinions concerning the income tax for 2 years. In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____    ___4/21/08___
Signature                                                          Date

Notary:

## ACKNOWLEDGMENT

State of California
County of _Riverside_ )

On _April 24, 2008_ before me, _Marisela Rodriguez Notary Public_
                                              (insert name and title of the officer)

personally appeared _Connie Mach_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

MARISELA RODRIGUEZ
Commission # 1767230
Notary Public - California
Riverside County
My Comm. Expires Sep 11, 2011

# Declaration

My name is Michael Lemieux and I have heard Dave Champion discuss his views and opinions concerning the income tax for 4 years. In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____          4/19/08
Signature                                 Date

Notary:

GENERAL NOTARY-State of Nebraska
BROOK FISCHER
My Comm. Exp. July 2, 2011

# Declaration

My name is Daniel Johnston and I have heard Dave Champion discuss his views and opinions concerning the income tax for over three years.   In all that time I've never heard him say U.S. citizens don't owe income tax, or make any statement that would convey that meaning.

In fact, I have heard him say that in certain circumstances, as indicated by the statutes and/or regulations, U.S. citizens do owe income tax.

I have personal knowledge of the information provided above and it is provided under the penalty of perjury under the laws of the United States.

_____        _____
Signature                        Date

Daniel Johnston

Notary: _____
        Lu Ann Hanna

Notary Public State of Florida
Lu Ann Hanna
Commission # DD509792
Exp. Date 3/31/2010