# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1629- PA | Date | April 28, 2008 |
|---|---|---|---|
| Title | United States of America v. David Champion | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Rosa Morales | Leandra Amber | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Evan Davis<br>Grayson Hoffman | David Champion |

**Proceedings:**    ORDER TO SHOW CAUSE RE IRS SUMMONS

Court and counsel confer regarding the IRS summons. David Champion is ordered to appear before an authorized IRS representative by no later than May 31, 2008, to give testimony and to produce books, records, papers and other data pertaining to the subjects set forth in the summons.

|  | : | 02 |
|---|---|---|
|  | Initials of Preparer | RM |

cc: