Case 2:08-cv-01629-PA-JWJ    Document 18-2    Filed 06/09/08    Page 1 of 2   Page ID
#:173
Case 2:08-cv-01629-PA-JWJ    Document 9    Filed 04/30/2008    Page 1 of 4

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
EVAN J. DAVIS (CA Bar No. 250484)
Assistant United States Attorney
    Room 7211, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California  90012
    Telephone:    (213) 894-4850
    Facsimile:    (213) 894-0115

GRAYSON A. HOFFMAN (VA Bar No. 73726)
Trial Attorney, Tax Division
U.S. Department of Justice
    Post Office Box 7238
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-2904
    Facsimile: (202) 514-6770

Attorneys for the United States of America,
Petitioner

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) Case No. CV08-01629-PA-(JWJx)
                                    )
              Petitioner,           ) **ORDER TO COMPLY WITH IRS
                                    ) SUMMONS**
         v.                         )
                                    )
DAVID CHAMPION,                     )
                                    )
              Respondent.           )
                                    )

Having failed to show cause why he should not be compelled

to give testimony and to produce the books, records, papers, and

other data as required by the subject Internal Revenue Service

(IRS) summons, David Champion is ORDERED by this Court to appear

before an authorized representative of the IRS, at a time and

place to be determined by the parties, but not later than May 31,

2008, to give testimony and to produce the books, records,

papers, and other data pertaining to the subjects set forth in

Case 2:08-cv-01629-PA-JWJ    Document 18-2    Filed 06/09/08    Page 2 of 2    Page ID
#:174
Case 2:08-cv-01629-PA-JWJ    Document 9    Filed 04/30/2008    Page 2 of 4

1 | the summons, but not directly relating to Respondent's radio

2 | show, www.americanradioshow.us, for examination and copying as

3 | required by the Internal Revenue Service summons.

4 |

5 |

6 | SO ORDERED: This 30th day of April 2008.

7 |

8 |
_____

9 | PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

10 |

11 |

Presented by:

12 |

13 | THOMAS P. O'BRIEN
United States Attorney

14 | SANDRA R. BROWN
Assistant United States Attorney

15 | Chief, Tax Division
EVAN J. DAVIS

16 | Assistant United States Attorney

17 |

18 |
/s/ Grayson A. Hoffman

19 | GRAYSON A. HOFFMAN
Trial Attorney, Tax Division

20 | Attorneys for the United States of America, Petitioner

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

3220056.1