# Revised Letter

| | |
|---|---|
| Internal Revenue Service<br>300 N. Los Angeles Street<br>M.S. 4028<br>Los Angeles, CA 90012 | Department of the Treasury |

Date: May 19, 2008

**VIA CERTIFIED MAIL**
David Champion
2010 West Avenue K#481
Lancaster, CA  93536

| | |
|---|---|
| **Taxpayer TIN:** | 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 |
| **Person to Contact:** | Thomas Cheung |
| **Employee ID:** | 95-09330 |
| **Telephone Number:** | 213-576-3883 |
| **Fax Number:** | 213-576-4153 |

<u>United States of America v. David Champion,</u>
case number CV08-01629-PA-JWJ

Dear Mr. Champion:

This letter is to confirm a meeting date on May 30, 2008 that you proposed to meet with members of the Internal Revenue Service and to exchange documents requested in the summons served upon you in February of 2006.

## Appointment Information

**Location:** 300 North Los Angeles Street
Room: Basement 122 (B-122)
Los Angeles, California 90012

**Date:** May 30, 2008
**Time:** 10:30 a.m.

I will meet you in the waiting area of Room B-122.

If you have any question regarding this letter, please feel free to contact me at the above telephone number.  Thank you for your cooperation and I will look forward to meeting with you.

Sincerely yours,

Thomas Cheung
Internal Revenue Agent

P.S.

Rev. 05/2004

1

3337269.1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature<br>X | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>David Champion<br>2010 West Avenue K #431<br>Lancaster, CA 93536 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number: 7004 1350 0004 4142 4339 | | |

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

---

UNITED STATES POSTAL SERVICE | First-Class Mail<br>Postage & Fees Paid<br>USPS<br>Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Internal Revenue Service
M/S 4023 TE 1453
300 N. Los Angeles Street
Los Angeles, CA 90012
Attn: T. Chung

MAY 28 2008
INTERNAL REVENUE SERVICE
SBSE FE GROUP 12