David Champion
Suite A
1031 West Avenue M14
Palmdale, California 93551
661-538-1888 Ph 661-538-1829 Fax
Respondent In Propria Persona

"BY FAX"

Filed Via Fax

FILED 2008 AUG 28 PM 1:59 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA LOS ANGELES BY:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | ) Case # cv-08-01629 PA (JWJx) "BY FAX" |
|---|---|
| PETITIONER, | ) **RESPONDENT'S NOTICE OF PRIOR PURGATION OF CONTEMPT AND NOTICE OF MOTION AND MOTION FOR RELEASE FROM ORDER AND TO DISMISS PURSUANT TO:** |
| Vs. | ) **FRCP 60(b)** |
| David Champion, | ) **FRCP 12(b)(1)** |
| RESPONDENT. | ) **FRCP 41(b)** |
| | ) **OR ALTERNATIVELY FOR A LIMITED EVIDENTIARY HEARING** |

## NOTICE OF MOTION

To the court, and counsel of record in this matter:

PLEASE TAKE NOTE that David Champion (hereinafter "Champion") Respondent, in propria persona, hereby gives notice of his full compliance with this court's order of April 30, 2008, thereby rendering any accusation of contempt moot, and of his motion for relief from the court's order as a consequence of his full compliance therewith. Or, in the alternative, for a limited evidentiary hearing to resolve conflicting declarations filed with this court.

This motion is brought by Champion, for release from the final order of the District Court entered in the above captioned action on April 30, 2008, ordering Champion to

appear before an authorized representative of the IRS, at a time and place to be determined by the parties, but not later than May 31, 2008, to give testimony and to produce the books, records, papers, and other data pertaining to the subjects set forth in the summons, but not directly relating to Champion's radio show, www.americanradioshow.us, for examination and copying as required by the Internal Revenue Service summons.

This motion is based upon the declarations of David Champion and Declaration of Murray Crews, the Respondent's Memorandum Of Law In Support Of Motion To Dismiss United States' Motion To Hold Respondent In Civil Contempt, relevant law and precedent, and the facts in the case as follows:

1. On May 30, 2008, Champion complied with the order of this court enforcing the summons.

2. This motion for relief from judgment is based on newly discovered evidence rendering judgement void pursuant to FRCP Rule 60(b).

3. Petitioner is no longer entitled to enforcement of the court's order, pursuant to FRCP Rule 60(b)(5).

4. The order of the court is void, pursuant to FRCP Rule 60(b)(4).

5. Dismissal is appropriate for lack of subject matter jurisdiction, pursuant to FRCP Rule 12(b)(1).

6. Dismissal is appropriate for failure to comply with court order, pursuant to FRCP Rule 41(b).

7. Bad faith on the part of the Petitioner and Movant herein, is apparent and should dismissal be denied, alternatively a limited evidentiary hearing is appropriate to adduce evidence to resolve the patent issues of fact evident by the contrary declartions filed by the parties.

Wherefore the Champion respectfully requests that:

1. This court dismiss the original petition and the subsequent motion in re contempt for the reasons set forth hereinabove or any other reason the court may find just and proper.

2. In the alternative Champion requests that in the event this court is inclined to deny this request, in whole or in part, that the court order a limited evidentiary hearing allowing the Champion adequate opportunity to take testimony and introduce evidence in support of dismissal of the instant petition.

Respectfully Submitted
Dated: August 28, 2008

_____
David Champion, Respondent

# CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of thie foregoing

1   Respondent's Notice Of Prior Purgation Of Contempt And Notice Of Motion And Motion For Release From Order And To Dismiss Pursuant To:
FRCP 60(b)
FRCP 12(b)(1)
FRCP 41(b)
Or Alternatively For A Limited Evidentiary Hearing

2 Respondent's Memorandum Of Law In Support Of Notice Of Prior Purgation Of Contempt And Motion For Release From Order And To Dismiss Pursuant To:
FRCP 60(b)
FRCP 12(b)(1)
FRCP 41(b)

Or Alternatively For A Limited Evidentiary Hearing

3 Declaration of David Champion In Support Of Respondent's Motion For Relief From Order And To Dismiss

4 Declaration of Murray Crews In Support Of Respondent's Motion For Relief From Order And To Dismiss

were served upon Thomas P. O'Brien, counsel for Respondent, by mailing a copy thereof, in an envelope, with first class postage thereon fully prepaid, on this the ___th day of August, 2008, properly addressed as follows:

Thomas P. O'Brien
United States Attorney
Tax Division
U. S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044

---