Peter Gibbons, CBN 196169
1805 North Carson Street, Suite E
Carson City, NV 89701
310-600-9378 Ph
Attorney for Respondent: David Champion

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>PETITIONER,<br><br>Vs.<br><br>David Champion,<br><br>RESPONDENT. | Case # cv-08-01629 RA (JWJx)<br><br>NOTICE OF APPEARANCE OF COUNSEL |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Respondent David Champion is represented by counsel and counsel hereby notifies the parties and the court of his appearance in this case.

Please take note of the contact information for counsel as appears at the top of this page.

Dated: September 5, 2008

_Peter Gibbons_
Peter Gibbons
Attorney for Respondent

---

Notice of Appearance of Counsel              Case # cv-08-01629

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing

## NOTICE OF APPEARANCE OF COUNSEL

was served upon Thomas P. O'Brien, counsel for Respondent, by mailing a copy thereof, in an envelope, with first class postage thereon fully prepaid, on this the 5th day of September, 2008, properly addressed as follows:

Thomas P. O'Brien
United States Attorney
Tax Division
U. S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044

_____
Peter Gibbons