THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREEN (CA Bar No. 230807)
Assistant United States Attorney
   Room 7211, Federal Building
   300 N. Los Angeles Street
   Los Angeles, California  90012
   Telephone:  (213) 894-4600
   Facsimile:  (213) 894-0115

GRAYSON A. HOFFMAN (VA Bar No. 73726)
Trial Attorney, Tax Division
U.S. Department of Justice
   Post Office Box 7238
   Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 616-2904
   Facsimile: (202) 514-6770

Attorneys for the United States of America,
Petitioner

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV08-01629-PA-(JWJx) |
| Petitioner, | **NOTICE OF EVENTS IN RESPONSE TO COURT ORDER** |
| v. | |
| DAVID CHAMPION, | |
| Respondent. | |

   The United States of America submits this notice to apprise the Court of the following events:

   On Monday, September 8, the Court ordered Mr. Champion to make his computer available to the IRS, on or before Friday, September 12, for imaging and copying, in connection with the Court's previous order instructing Mr. Champion to comply with an IRS summons.  The Court explained that the IRS could perform the imaging and copying at Mr. Champion's place of business, if

1 possible, or the IRS was permitted to take possession of the
2 computer to perform the imaging and copying, and then return the
3 computer to Mr. Champion as soon as possible.  Mr. Champion
4 agreed to comply with the Court's order and voiced no objections
5 or conditions.

6    On Tuesday, September 9, through his attorney, Mr. Champion
7 informed the United States that he would wear a sidearm when the
8 IRS came to image/pick-up his computer.  Champion also stated
9 that he intended to videotape the meeting.

10   For security reasons, the Government requested that Mr.
11 Champion instead deliver the computer to the IRS in Las Vegas.

12   Mr. Champion, through counsel, has agreed to deliver his
13 computer to the Government in Las Vegas, Nevada, for inspection
14 and copying on Tuesday, September 16, at 11:00 a.m.  Champion
15 also agreed to provide all passwords necessary to access his
16 computer and files.  The parties are presently negotiating the
17 details of the meeting and the document examination process.

                                THOMAS P. O'BRIEN
                                United States Attorney
                                SANDRA R. BROWN
                                Assistant United States Attorney
                                Chief, Tax Division
                                GAVIN L. GREEN
                                Assistant United States Attorney


DATED: September 12, 2008       /s/ Grayson A. Hoffman
                                GRAYSON A. HOFFMAN
                                Trial Attorney, Tax Division
                                Attorneys for the United States
                                of America, Petitioner

3585084.1

**CERTIFICATE OF SERVICE**

    I certify that on September 12, 2008, I electronically filed this Notice of Events in Response to Court Order through the Court's ECF system, thereby causing electronic service on Peter Gibbons, counsel for Mr. Champion.

                               */s/ Grayson A. Hoffman*
                               GRAYSON A. HOFFMAN
                               TRIAL ATTORNEY