# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-1629 PA | Date | September 8, 2008 |
|---|---|---|---|
| Title | United States of America v. David Champion | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Karen Park | Leandra Amber | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gavin Greene<br>Evan Davis, AUSA | Peter Gibbons |

**Proceedings:**        CIVIL CONTEMPT HEARING

The Court and counsel confer regarding respondent's failure to comply with the Court's order dated April 30, 2008. Government informs the Court that respondent has not produced the required documents pertaining to the subjects set forth in the summons as of September 8, 2008.

A civil contempt hearing is held. Witnesses are called, sworn and testified. The Court finds respondent David Champion GUILTY of civil contempt for failure to comply with the Court's order enforcing the IRS summons. The Court orders respondent David Champion remanded forthwith (remand order no. D 10653).

Respondent moves to purge himself of civil contempt by producing the documents. After reviewing the documents produced by the respondent and determining that additional documents are needed, Government requests for Court's permission to retrieve additional documents from respondent's computer. The Court grants government's request. Respondent is ordered not to access his computer from today's date until the date when government has completed the retrieval of needed documents from his computer. The Court orders respondent released forthwith (release order no. D 10654).

IT IS SO ORDERED.

| | | 1 | : | 49 |
|---|---|---|---|---|
| | Initials of Preparer | | KPA and PSO | |

# LIST OF EXHIBITS AND WITNESSES

| Case Number | | | Title | |
|---|---|---|---|---|
| **Judge** | | | | |
| **Dates of Trial or Hearing** | | | | |
| **Court Reporters or Tape No.** | | | | |
| **Deputy Clerks** | | | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| | |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1629 PA | Date | September 8, 2008 |
|---|---|---|---|
| Title | United States of America v. David Champion | | |